**07 CV 3378**

JUDGE LYNCH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendant. | Civil Action No. _____  |

### Rule 7.1 Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the NAACP Legal Defense & Educational Fund, Inc., states that it is a non-profit corporation exempt from taxation pursuant to Section 501(c)(3) of the Internal Revenue Code and is not a publicly held corporation that issues stock.

Dated: April 27, 2007
New York, NY

_____
Matthew Colangelo (MC-1746)