UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/70/07

| | |
|---|---|
| NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendant. | Civil Action No. 07 CV 3378 (GEL) |

### ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

This matter comes before the Court on the application of Plaintiff NAACP Legal Defense and Educational Fund, Inc., for an Order to Show Cause directing Defendant United States Department of Housing and Urban Development to appear before this Court and show cause why preliminary injunctive relief should not be granted. The Court having read and considered the materials submitted herewith, and it appearing that the matter presented herein is of a sufficiently emergent nature to justify the entry of this Order,

IT IS on this 27th day of April, 2007, ORDERED that the above Defendant show cause before the United States District Court for the Southern District of New Jersey, at Room 6B, United States Courthouse, 500 Pearl St in the City, County and State of New York, on May 14, 2007 at 3:00 o'clock, or as soon thereafter as counsel may be heard, why a preliminary injunction pursuant to Fed. R. Civ. P. 65 should not be imposed compelling Defendant to (1) process Plaintiff's FOIA Request on an expedited basis; (2) comply with a

schedule for releasing records to be determined by the Court, and make disclosures in accordance with such schedule; and it is further

ORDERED that Defendant, if opposed to Plaintiff's application for a preliminary injunction, shall serve any and all papers in opposition by May 7, 2007; and it is further

ORDERED that Plaintiff shall serve any and all additional papers in support of the within application no later than May 11, 2007; and it is further

ORDERED that, personal service of a copy of this Order, and the papers upon which it is granted, be made upon the defendant or his counsel on or before April 30, 2007, and by said method, service shall be deemed good and sufficient service thereof.

DATE: April 27, 2007

_____
United States District Judge