## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | Civil Action No. 07 CV 3378<br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK        )

COUNTY OF NEW YORK   )ss.:

**ARLAND DUSKIN,** being over eighteen years of age, hereby deposes and says:

1.     I am an office services assistant employed by Gibbons P.C., Attorneys for Plaintiff NAACP Legal Defense and Educational Fund, Inc. in the within matter.

2.     On April 27, 2007, I served a true and correct copy of (1) Order to Show Cause Why a Preliminary Injunction Should Not Issue; (2) Declaration of Matthew Colangelo; and (3) Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction via hand delivery upon **Michael Garcia, Esq., United States Attorney's Office, Civil Process Clerk, 86 Chambers Street, New York, NY  10007**.

ARLAND DUSKIN

**Gibbons P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York  10119-3701
(212) 613-2000

Sworn to before me this 30 day of April 2007.

Notary Public

SONIA BONAVENTURE
Notary Public, State of New York
No. 01BO6145436
Qualified in Suffolk County
Commission Expires May 8, 2010

#1190831 v1
099998-00021