UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | Civil Action No. 07 CV 3378<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
COUNTY OF NEW YORK  )ss.:

**ARLAND DUSKIN,** being over eighteen years of age, hereby deposes and says:

1. I am an office services assistant employed by Gibbons P.C., Attorneys for Plaintiff NAACP Legal Defense and Educational Fund, Inc. in the within matter.

2. On April 27, 2007, I served a true and correct copy of (1) Order to Show Cause Why a Preliminary Injunction Should Not Issue; (2) Declaration of Matthew Colangelo; and (3) Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction via hand delivery upon **Michael Garcia, Esq., United States Attorney's Office, Civil Process Clerk, 86 Chambers Street, New York, NY  10007.**

_____
ARLAND DUSKIN

**Gibbons P.C.**
One Pennsylvania Plaza, 37th Floor
New York, New York  10119-3701
(212) 613-2000

Sworn to before me this 30 day of April 2007.

_____
Notary Public

SONIA BONAVENTURE
Notary Public, State of New York
No. 01BO6145436
Qualified in Suffolk County
Commission Expires May 8, 2010

#1190831 v1
099998-00021