

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

May 4, 2007



**BY HAND**
Honorable Gerard E. Lynch
United States District Courthouse
500 Pearl Street, Room 910
New York, New York 10007

    Re:  NAACP Legal Def. and Educ. Fund v. U.S. Dep't of Housing and Urban Dev.,
           07 Civ. 3378 (GEL)

Dear Judge Lynch:

    I write respectfully, on behalf of defendant United States Department of Housing and Urban Development (the "Government"), to request a three-day extension of time, from May 7, 2007 until May 10, 2007, to file papers in response to plaintiff's application for a preliminary injunction in the above-referenced case. The reason for this request is that the parties are in the process of discussing a potential resolution of this matter. Opposing counsel consents to this request. This is the Government's first request for an extension of time.

    I thank the Court for its consideration of this request.

Respectfully,

**SO ORDERED**

_/s/ Gerard E. Lynch_
GERARD E. LYNCH, U.S.D.J.

5/7/07

MICHAEL J. GARCIA
United States Attorney

BY:  _/s/ Lara K. Eshkenazi_
LARA K. ESHKENAZI
Assistant United States Attorney
Tel. No.: (212) 637-2758
Fax No.: (212) 637-2702

cc:    Melanca D. Clark, Esq. (by facsimile 973- 639-8341)