AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NAACP Legal Def. and Educ. Fund

v.

U.S. Dep't of Housing and Urban Dev.

**APPEARANCE**

Case Number: 07 CV 3378 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States Department of Housing and Urban Development

I certify that I am admitted to practice in this court.

May 8, 2007
Date

*[Signature]*
Signature

Lara Eshkenazi   LE-1974
Print Name   Bar Number

86 Chambers Street, 3rd Floor
Address

New York   NY   10007
City   State   Zip Code

(212) 637-2758   (212) 637-2702
Phone Number   Fax Number