UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | Civil Action No. 07-3378 (GEL) |

## NOTICE OF MOTION

Please take notice that Plaintiff NAACP Legal Defense & Educational Fund, Inc. (LDF), by its undersigned counsel, will move this Court, on a date and time to be designated by the Court, for partial summary judgment on its prayer that Defendant be ordered to produce records pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

This motion is predicated on Rule 56 of the Federal Rules of Civil Procedure, and is supported by the accompanying Memorandum of Law; Plaintiff's Rule 56.1 Statement of Undisputed Facts; the Declaration of Matthew Colangelo (dated July 26, 2007) and the exhibits attached thereto; and the record in this action.

Dated: July 26, 2007  
New York, NY

Respectfully submitted,

Theodore M. Shaw, Director-Counsel

_____
Matthew Colangelo (MC-1746)  
Robert H. Stroup  
Damon Hewitt  
NAACP LEGAL DEFENSE AND  
 EDUCATIONAL FUND, INC.  
99 Hudson Street, 16th Floor  
New York, New York 10013  
(212) 965-2200

Lawrence S. Lustberg (LL-1644)  
Melanca D. Clark (MC-0908)  
GIBBONS, P.C.  
One Gateway Center  
Newark, New Jersey 07102-5310  
(973) 596-4500

Attorneys for Plaintiff