# Exhibit 4



U.S. Department of Housing and Urban Development
**Office of Inspector General**
451 7th St., SW
Washington, DC 20410

Mr. Matthew Colangelo          APR 3 0 2007
NAACP Legal Defense and Educational
 Fund, Inc.
1444 Eye Street, N.W., 10th Floor
Washington, DC 20005

FOIA Number: FIIG463733

Dear Mr. Colangelo:

    This is in response to your Freedom of Information Act (FOIA) request of March 19, 2007, to the U.S. Department of Housing and Urban (HUD), Office of Inspector General (OIG). You have requested records pertaining to the CDBG Disaster Recovery Grants. Your request was received and forwarded to OIG on April 11, 2007. You will receive a separate response from the Department's FOIA Office.

    OIG is responding to Item No. 3 of your request, which states:

> All records relating to any studies conducted by the HUD Office of the Inspector General regarding HUD's administration of, or any state grantee's administration of, the CDBG Disaster Recovery Grant program.

    A search of our automated retrieval systems identified four audit reports that are responsive to your request. Enclosed are the following reports:

    1) Memorandum No. 2007-AO-0001-CM, <u>Evaluation of HUD's Procedures and Controls for the Katrina Disaster Housing Assistance Program and Disaster Voucher Program</u>, dated December 8, 2006;

    2) Audit Report No. 2006-AO-1002, <u>Cityside Management Corporation, Hammond, Louisiana, Did Not Enforce The Lease Terms Over Payment of Property Utilities</u>, dated August 31, 2006;

    3) Audit Report No. 2006-AT-0001, <u>The Procurement Office Did Not Maintain Complete Contract Files</u>, dated August 29, 2006; and

    4) Audit Report No. 2006-AO-1001, <u>Southwest Alliance of Asset Managers, LLC, Addison, Texas; Did Not Effectively Enforce The Lease Terms Over Payment of Property Utilities</u>, dated June 23, 2006.

2

Please be advised that James A. Heist, Assistant Inspector General for Audit, is the official responsible for this response. This response constitutes a full grant of your request.

Should you have any questions concerning the FOIA request, please contact me on 202-708-1613. Please reference the above FOIA number when making inquiries about this matter.

Sincerely,

Darlene D. Hall
Freedom of Information Act
    Officer

Enclosures