# Exhibit 7



U.S. Department of Housing and Urban Development
## Office of Inspector General
451 7th St., SW
Washington, DC 20410

JUN 29 2007

Melanca D. Clark, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ 07120-5310

FOIA Number: FIIG463733

Dear Ms. Clark:

This is in further response to the NAACP Legal Defense and Educational Fund, Inc., original request dated March 19, 2007, to the U.S. Department of Housing and Urban Development (HUD). You requested in your June 11, 2007, letter that any future correspondence regarding your client's FOIA request be directed to you. Your client requested records pertaining to the CDBG Disaster Recovery Grants. A portion of this request was subsequently referred to the Office of Inspector General (OIG) for any OIG-originated records. This office originally responded to their March 19th request on April 30, 2007. The OIG received this request on April 11, 2007.

An additional search of our audit-related records identified 133 pages of material. Enclosed are 88 pages of that material. Certain information was withheld from this material pursuant to 5 U.S.C. § 552(b)(5) and (b)(6) which protect intra-agency communications subject to the deliberative process privilege and materials the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. For your information, the withheld material consists of pre-decisional discussions or comments reflecting staff evaluations and opinions, draft material, and telephone numbers.

An additional search also identified 50 pages of investigative-related records. Enclosed are 42 pages of that material. Certain information was withheld from this material pursuant to 5 U.S.C. § 552(b)(5) and (b)(7)(C) which protect intra-agency communications subject to the deliberative and attorney-client process privileges and materials the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. For your information, the withheld material consists of pre-decisional discussions or comments reflecting staff evaluations and opinions, and the names and telephone numbers of the special agents.

Please be advised that James A. Heist, Assistant Inspector General for Audit, and John P. McCarty, Assistant Inspector General for Investigation, are the officials responsible for this response.

The OIG's Freedom of Information Regulation, 24 C.F.R. § 2002.25, provides for administrative review by the Inspector General of any denial of information if a written appeal is filed within 30 days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Your appeal should be addressed to the Inspector General, 451 7th Street, S.W., Suite 8256, Washington, D.C. 20410, and should be accompanied by a copy of your initial request, a copy of this letter, and your statement of circumstances, reasons and arguments supporting disclosure of the requested information.

Should you have any questions concerning the FOIA request, please contact me on 202-708-1613. Please reference the above FOIA number when making inquiries about this matter.

Sincerely,

Darlene D. Hall
Freedom of Information Act
   Officer

Enclosures