# Exhibit 11



/NYC/HUDOIG
01/31/2007 05:24 PM



To █████/WHQ/HUDOIG@HUDOIG  b7c
cc █████/WHQ/HUDOIG@HUDOIG, █████/NOR/HUDOIG@HUDOIG, Larry Amaker/WHQ/HUDOIG@HUDOIG, █████
bcc
Subject Re: Small Business Recovery Loans

███████████████████████████████████████  b5

█████  b7c
U.S. Department of Housing and Urban Development
Office of Inspector General
26 Federal Plaza
Suite 3437
New York, NY 10278
Telephone Number ████
Cellular Number ████
FAX 212-264-1455

█████  b7c
█████/WHQ/HUDOIG



█████/WHQ/HUDOIG  b7c
01/31/2007 05:04 PM

To █████/NOR/HUDOIG@HUDOIG, █████  b7c
█████/NOR/HUDOIG@HUDOIG
cc Larry Amaker/WHQ/HUDOIG@HUDOIG, █████/WHQ/HUDOIG@HUDOIG, █████/NYC/HUDOIG@HUDOIG
Subject Small Business Recovery Loans

"http://www.louisianaforward.com/business-recovery-grant-and-loan-program.aspx"

FYI on this New Orleans/LA program. $138M for small business recovery, open applications 012307 to 021507. Senator Landrieu is pushing HUD for another $100M. This is $20K grants and up to $250K no interest loans.

This is what our office in NY had a lot of cases on for 9-11 disaster. SA ████ did many successful ones.   b7c

███ b7c
███
Senior Special Agent
Hurricane Relief Oversight Division
Office of Investigations
Office of Inspector General
HUD Headquarters
451-7th Street, S.W., Room 8274
Washington, D.C. 20410
O) ███
C) ███
F) 202-708-1354
███@hudoig.gov"  b7c