

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

August 2, 2007



**BY HAND**
Honorable Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007

    Re:  NAACP Legal Def. and Educ. Fund v. U.S. Dep't of Housing and Urban Dev.,
          07 Civ. 3378 (GEL)

Dear Judge Lynch:

    I write respectfully, on behalf of defendant United States Department of Housing and Urban Development ("HUD"), with respect to the above-referenced action filed under the Freedom of Information Act, 5 U.S.C. § 552, to request a one-week extension of time from August 9, 2007 to August 16, 2007, to respond to plaintiff's motion for partial summary judgment. This is HUD's first request for an extension of time, and opposing counsel has consented to this request.

                                  Respectfully,

                                  MICHAEL J. GARCIA
                                United States Attorney

        BY: _____
                LARA K. ESHKENAZI
                Assistant United States Attorney
                Tel. No.: (212) 637-2758
                Fax No.: (212) 637-2702

cc:    Melanca D. Clark, Esq. (by facsimile 973- 639-8341)

**SO ORDERED**

_____
GERARD E. LYNCH, U.S.D.J.
8/3/07