MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LARA K. ESHKENAZI
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2758
Fax: (212) 637-2702

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.,

        Plaintiff,                              07 Civ. 3378 (GEL)

            v.                                  ECF CASE

UNITED STATES DEPARTMENT OF        NOTICE OF MOTION
HOUSING AND URBAN DEVELOPMENT,

        Defendant.
------------------------------------------------------------- x

      PLEASE TAKE NOTICE that, upon the Declarations of J. Bryan Howell and Darlene Hall, the exhibits attached thereto, the accompanying memorandum of law, and all prior pleadings and proceedings herein, defendant United States Department of Housing and Urban Development (the "Government"), by its attorney Michael J. Garcia, United States Attorney for the Southern District of New York, shall move this Court, before the Honorable Gerard E. Lynch, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, for partial summary judgment pursuant to Federal Rule of Civil Procedure 56.

PLEASE TAKE FURTHER NOTICE that pursuant to pursuant to Local Civil Rule 6.1, answering papers, if any, are to be served no later than August 30, 2007, and the Government's reply, if any, shall be served no later than five (5) business days thereafter.

Dated: New York, New York
August 16, 2007

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York
        Attorney for Defendant

By:  /s/ Lara K. Eshkenazi
     LARA K. ESHKENAZI
     Assistant United States Attorney
     86 Chambers Street, 4th Floor
     New York, New York  10007
     Tel. No.: (212) 637-2758