# EXHIBIT A

| DOCT NO. | DESCRIPTION | AUTHOR | BASIS AND EXEMPTION NO | LOCATION |
|---|---|---|---|---|
| P100 | Email | Auditor Bannon | B6 personal information related to Auditor & attorney | Top & middle of doc |
| P108 | HUD OIG Office of Audit Review and Concerns | Audit Staff | B5 deliberative and pre-decisional material contained in an internal interim status report and audit planning document regarding potential issues to be addressed titled "concerns" | Bottom of doc |
| P109 | HUD OIG Office of Audit Review and Concerns | Audit Staff | B5 deliberative and pre-decisional material contained in an internal interim status report and audit planning document regarding potential issues to be addressed titled "concerns" | Top & bottom of doc |
| P110 | HUD OIG Office of Audit Review and Concerns | Audit Staff | B5 deliberative and pre-decisional material contained in an internal interim status report and audit planning document regarding potential issues to be addressed titled "concerns" | Top & middle of doc |
| P111 | HUD OIG Office of Audit Review and Concerns | Audit Staff | B5 deliberative and pre-decisional material contained in an internal interim status report and audit planning document regarding potential issues to be addressed titled "concerns" | Top, middle & bottom of doc |
| P112 | HUD OIG Office of Audit Review and Concerns | Audit Staff | B5 deliberative and pre-decisional material contained in an internal interim status report and audit planning document regarding potential issues to be addressed titled "concerns" | Top of doc |
| P115 | HUD OIG Office of Audit Review and Concerns | Audit Staff | B5 deliberative and pre-decisional material contained in an internal interim status report and audit planning document regarding potential issues to be addressed titled "concerns" | Top, middle & bottom of doc |
| P116 | HUD OIG Office of Audit Review and Concerns | Audit Staff | B5 deliberative and pre-decisional material contained in an internal interim status report and audit planning document regarding potential issues to be addressed titled "concerns" | Top, middle & bottom of doc |
| P117 | HUD OIG Office of Audit Review and Concerns | Audit Staff | B5 deliberative and pre-decisional material contained in an internal interim status report and audit planning document regarding potential issues to be addressed titled "concerns" | Top of doc |

| DOCT NO. | DESCRIPTION | AUTHOR | BASIS AND EXEMPTION NO | LOCATION |
|---|---|---|---|---|
| P131 | Email | Auditor Bannon | B6 personal information related to Auditor & attorney | Top & middle of doc |
| P148 | Email | Auditor Bannon | B6 personal information related to Auditor & attorney | Top & middle of doc |
| P150 | Email | Auditor Sorenson | B6 personal information related to Auditor | Bottom of doc |
| P153 | Email | Auditor Bannon | B6 personal information related to Auditor & attorney | Top & middle of doc |
| P154 | Email | Auditor Sorenson | B6 personal information related to Auditor | Bottom of doc |
| P156 | Email | Auditor Bannon | B6 personal information related to Auditor & attorney | Top & middle of doc |
| P183 | Email | Auditor Bannon | B6 personal information relating to Auditor and attorney | Top & middle of doc |
| P185 | Email | Auditor Bannon | B6 personal information relating to Auditor and attorney | Top & middle of doc |
| P188-213 | Email | Auditor Sorenson | B5 drafts, deliberative and pre-decisional material concerning initial audit planning meeting to inform State of Louisiana and its contractors that the audit of the Homeowner Assistance Program had begun, to discuss possible areas of inquiry, and explain the process generally. | Withheld in full |
| P214-218 | Email | Auditors Heist, Patterson, Struchen, Decator and others | B5 drafts, deliberative and pre-decisional material comprised of E-mail discussions and comments to draft audit report regarding Southwest Alliance of Asset Mangers audit | Withheld in full |
| P219-232 | Draft discussion audit report | Various | B5 draft of deliberative and pre-decisional material comprised of a preliminary draft audit report entitled "Discussion Draft Audit Report Subject to Review and Revision For Official Use Only" | Withheld in full |