# EXHIBIT B

| DOCT NO. | DESCRIPTION | AUTHOR | BASIS AND EXEMPTION NO | LOCATION |
|---|---|---|---|---|
| P1 | Email | OIG SA | B7c personal information related to Agent | Top & bottom of doc |
| P2 | Email | OIG SA | B7c personal information related to investigative personnel | Top, middle & bottom of doc |
| P3 | Email | OIG SA | B7c personal information related to Agent & Auditor | Top, middle & bottom of doc |
| P29 | Email | OIG SA | B7c personal information related to investigative personnel | Top of doc |
| P32 | Email | OIG SA | B7c personal information related to investigative personnel | Top of doc |
| P33 | Email | OIG SA | B7c personal information related to investigative personnel | Top of doc |
| P34 | Email | OIG SA | B7c personal information related to Agents | Top & bottom of doc |
| P35 | Email | OIG SA | B7c personal information related to Agent | Top of doc |
| P36 | Email | OIG SA | B7c personal information related to investigative personnel | Top, middle, bottom of doc |
| P37 | Email | OIG SA | B7c personal information related to Agent | Top of doc |
| P39 | Email | OIG SA | B7c personal information related to Agent | Top of doc |
| P40 | Email | SAC Amaker | B7c personal information related to Agent | Top, middle, bottom of doc |
| P41 | Email | SAC Luke | B7c personal information related to Agent | Top & bottom of doc |
| P42 | Email | OIG SA | B7c personal information related to Agent | Top of doc |