UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NAACP LEGAL DEFENSE AND EDUCATIONAL
FUND, INC.,

                Plaintiff,

-against-

US DEPT. OF HOUSING AND URBAN DEVELOPMENT,
                Defendant.
-----------------------------------------------------------X

07 CIVIL 3378 (GEL)

**JUDGMENT**



    Plaintiff having moved for summary judgment pursuant to Fed. R. Civ. P. 56, the defendant cross-moves for partial summary judgment, or alternatively, that the records were properly withheld, and the matter having come before the Honorable Gerard E Lynch, United States District Judge, and the Court, on Nov 30, 2007, having rendered its Opinion and Order denying plaintiff's motion for summary judgment, granting defendants' motion for summary judgment and dismissing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated Nov 30, 2007, plaintiff's motion for summary judgment is denied, defendants' motion for summary judgment is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
        Dec 3, 2007

                                        J. MICHAEL McMAHON
                                        Clerk of Court
                        BY:
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 12/3/07